AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

SEALED
1115634(?)

| UNITED STATES OF AMERICA<br><br>V.<br><br>Carlos Giovanni Zuniga-Mendez (5)<br>aka "Dartanan" | WARRANT FOR ARREST<br>02818-504<br><br>Case Number: 20-cr-2289-AJB-5 |

**NOT FOR PUBLIC VIEW** (struck through)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Carlos Giovanni Zuniga-Mendez (5) aka "Dartanan"__
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:959,960,963 - International Conspiracy to Distribute Controlled Substances
21:952,960,963 - Conspiracy to Import Controlled Substances
21:853,18:982 - Criminal Forfeiture

DATE: 8/10/21  ARRESTED BY: [signature] HSI in Houston TX
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title __See Above__ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ V. Cota [signature] | 7/31/2020 San Diego, CA |
| Signature of Deputy | Date and Location |

FILED
AUG 16 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Bail fixed at $ __NO BAIL__ by __The Honorable Andrew G. Schopler__
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

/